## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: United States of America v. Frandon Beverly, et al
Criminal Action No. 6:19-cr-0323

Date: July 16, 2021

## **MINUTE ENTRY**

In light of the pending Motion to Continue, the Court will convert the Pretrial Conference set for July 20, 2021 at 10:00 a.m. to a telephone status conference. Counsel for the government shall initiate the conference call.