**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: United States of America v. Frandon Beverly, et al
Criminal Action No. 6:19-cr-00323

Date: February 10, 2023

## MINUTE ENTRY

The jury trial scheduled in this matter for February 13, 2023 is removed from the Court's docket.